KIEVE ARONOFF et al., Respondents, *v.* JACOB LEVINE et al., Appellants.

*Rescission — duress — bond and mortgage — a mechanic's lien — action to cancel bond and mortgage given to discharge mechanic's lien on ground of duress.*

*Aronoff* v. *Levine,* 190 App. Div. 172, affirmed.

(Submitted October 20, 1921; decided November 22, 1921.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered December 29, 1919, modifying and affirming as modified a judgment in favor of plaintiffs entered upon a decision of the court on trial at Special Term. The action was to set aside and cancel a bond and mortgage on the ground that they were executed under duress. They were given to discharge an alleged mechanic's lien. The trial court found that when the lien was filed, plaintiff only owed the lienor $112; and that, other than for such sum, neither of the defendants had any just claim against plaintiff; that said notice of lien was filed in bad faith and to extort money, and the lien had been filed more than six months after completion of the work, and, therefore, was invalid under the statute.

*Louis Rosenberg* for appellants.

*Joseph A. Whitehorn* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: HOGAN, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ. Absent: HISCOCK, Ch. J.